# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| In the Matter of the Detention of | ) | No. 69809-5-I |
| | ) | |
| H.S., | ) | |
| | ) | UNPUBLISHED OPINION |
| Petitioner. | ) | |
| | ) | FILED:  OCT 2 8 2013 |
| | ) | |

PER CURIAM — H.S. appeals from the trial court order committing him for 14 days of involuntary treatment. He contends, and the State concedes, that the State failed to satisfy its burden of proving by a preponderance of the evidence that H.S. was "gravely disabled" within the meaning of RCW 71.05.020(17)(b). Accordingly, we reverse the trial court's decision and remand with directions to vacate the January 4, 2013 order committing H.S. for involuntary treatment and the probable cause findings of fact and conclusions of law.

Reversed and remanded.

FOR THE COURT:

